STATE of Missouri, Respondent,

v.

Ronnie TAYLOR, Appellant.

No. WD 37707.

Missouri Court of Appeals, Western District.

Sept. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied Jan. 13, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Paul LaRose, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for murder, second degree, in violation of § 565.004, RSMo 1978.

Judgment affirmed. Rule 30.25(b).